**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LINCOLN ROCK, LLC, a Florida
Limited Liability Company,

    Plaintiff,

v.                                                        Case No: 8:15-cv-1374-T-30JSS

CITY OF TAMPA, a Florida
municipal corporation,

    Defendant.

_____

**<u>ORDER</u>**

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss (Dkt. 6) and Plaintiff's Response in Opposition (Dkt. 13). Upon review and consideration, the Court denies the motion to dismiss because it is frivolous.

Plaintiff's complaint clearly states a claim under the Fair Housing Act ("FHA") and the Americans with Disabilities Act ("ADA"). Plaintiff Lincoln Rock, LLC alleges with detailed facts Defendant City of Tampa's actions of denying Lincoln Rock a special use permit to provide housing to recovering drug and alcohol addicts based on pressure from City of Tampa residents concerned about living near recovering addicts. These facts include but are not limited to the following: (1) Lincoln Rock satisfied all of the zoning and land use requirements for the requested special use permit; (2) professional staff hired by the City of Tampa to evaluate special use permits concluded that the special use permit should have been approved; (3) the Planning & Zoning Commission concluded that the

requested special use permit should have been approved; (4) the City Council did not deny the special use permit application because of land use reasons; (5) instead, the City Council, in denying the special use permit, gave in to and implemented the discriminatory animus of local residents. The Complaint alleges concerted neighborhood opposition and references examples of discriminatory statements that were made from neighbors and members of the City Council. These allegations, taken as true, state a claim of discrimination under the FHA and the ADA.

As Lincoln Rock points out in its response, the City of Tampa's arguments with respect to failure to state a claim and standing demonstrate a lack of knowledge of the relevant case law. Lincoln Rock, a residential treatment facility, is covered under the FHA and the ADA. *See, e.g.*, *Schwarz v. City of Treasure Island*, 544 F.3d 1201 (11th Cir. 2008); *Palm Partners, LLC v. City of Oakland Park*, Case No. 1:14-cv-21242-KMM, 2015 WL 1968799 (S.D. Fla. April 30, 2015). And Plaintiff alleges sufficient facts demonstrating that unlawful discrimination motivated the City of Tampa's decision to deny the special use permit. *See Palm Partners, LLC*, 2015 WL 1968799, at *7 ("A plaintiff may demonstrate intentional discrimination if the 'decision-making body acted for the sole purpose of effectuating the desires of private citizens, that [discriminatory] considerations were a motivating factor behind those desires, and that members of the decision-making body were aware of the motivations of the private citizens.'") (quoting *Hallmark Developers, Inc. v. Fulton Cnty., Ga.*, 466 F.3d 1276, 1284 (11th Cir. 2006).

Lincoln Rock also has standing under the FHA and the ADA as a residential treatment facility that was denied the opportunity to provide housing to disabled residents. These types of cases are often brought by a provider of housing on behalf of the residents it seeks to house. Moreover, Lincoln Rock is suing for injuries it directly sustained as a result of the City of Tampa's discrimination. The City of Tampa's general standing arguments ignore a wealth of factually similar cases on this issue and are without merit. *See, e.g., Schwarz*, 544 F.3d at 1212; *McCullum v. Orlando Regl. Healthcare Sys., Inc.*, 768 F.3d 1135, 1142 (11th Cir. 2014); *A Helping Hand, LLC v. Baltimore Cnty., MD*, 515 F.3d 356, 364 (4th Cir. 2008); *Addiction Specialists, Inc. v. Township of Hampton*, 411 F.3d 399, 406-07 (3d Cir. 2005); *MX Grp., Inc. v. City of Covington*, 293 F.3d 326, 334-35 (6th Cir. 2002).

It is therefore ORDERED and ADJUDGED that:

1. Defendant's Motion to Dismiss (Dkt. 6) is denied.

2. Defendant shall file an answer to the complaint within fourteen (14) days of this Order.

DONE and ORDERED in Tampa, Florida on July 22, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2015\15-cv-1374.mtdismiss-6-deny.wpd